Case 3:92-cr-00058    Document 43    Filed 03/13/09    Page 1 of 4    PageID #: 1

**AO 256**
**(Rev. 2/86)**

**CRIMINAL DOCKET · U.S. District Court**

| PO ☐ | 649 | 3 | Assigned 4907 Disp./Sentence | ☐ WRIT ☐ JUVENILE ☐ ALIAS | U.S. VS. ● | (LAST, FIRST, MIDDLE) TURNER, TROY DEAN |
|---|---|---|---|---|---|---|
| Misd. ☐ | | | | | | |
| Felony ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD ▶ | | Firearms |

Case Filed: Mo. 3  Day 17  Yr. 92    Docket 00

No. of Def's ● 1   ● U.S. MAG. CASE NO. ▶

**I. CHARGES**

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18: 922(g)(1) | Possession of firearm by convicted felon (ct. 1) | 1 |
| 18: 922(a)(6) 922(a)(1) | Make false and fictitious written statement in connection with acquisition of firearm (ct. 2) | 1 |

SUPERSEDING COUNTS

**II. KEY DATE**

INTERVAL ONE

KEY DATE: 4-20-92  EARLIEST OF
☒ arrest
☐ sum'ns
☐ custody
☐ appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)

KEY DATE: 3-17-92  APPLICABLE ▶
☒ Indictment filed/unsealed
☐ consent to Magr. trial on complaint
☐ Information
☐ Felony-W/waiver

KEY DATE: 4-20-92
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg: ☐ Indt ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL

KEY DATE: 6-5-92  APPLICABLE ▶
☐ Dis
☒ Ple
☐ guil
☐ Nol
☐ Tri
☐ Jury

| 1st appears with or waives counsel | ARRAIGNMENT 4-20=92 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 6-5-92 | SENTENCE DATE 7-6-92 | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DIS ☐ on S.T. ☐ grounds ☐ W.P. |
|---|---|---|---|---|---|---|---|---|

**III. MAGISTRATE**

| Search Warrant | Issued | DATE | INITIAL/NO. |
|---|---|---|---|
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT ▶ | | | |
| Date of Arrest | | OFFENSE (In Complaint) | |

INITIAL APPEARANCE DATE ▶

PRELIMINARY EXAMINATION OR REMOVAL HEARING ☐
{ Date Scheduled ▶
Date Held ▶ }
Tape Number

☐ WAIVED  ☐ NOT WAIVED
☐ INTERVENING INDICTMENT

INITIAL/NO.

OUTCOME:
☐ DISI HELD FOR GJ OR OTH CEEDING IN THIS DIST
☐ HELD FOR GJ OR OTH CEEDING IN DISTRICT

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ ☐ ☐
20  21

BAIL ● R

**IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.**

**ATTORNEYS**
U.S. Attorney or Asst.

Stephen Clark, AUSA

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non / Other.  6 ☒ PD.  7 ☐ CD

Kim Tollison
530 S. Gay St., Suite 900
Knoxville, TN  37920

637-7979

*cop 6-5-92*

Mot cutoff _____
Plea cutoff _____
P/T conf _____
Trial _____
Sent _7-6-92_ _8:30_

PRE- INDI

Release Date

Bail ☐ Denied

AMOUNT SET
$ _____

Date Set

☐ Bail Not Made
Date Bond Made

POST—IND

Release Date

Bail ☐ Denied

AMOUNT SET
$10,000

Date Set 4-20-92

☐ Bail Not Made
Date Bond Made

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |

APPEALS FEE

| Yr. | Docket No. | Def. | |
|---|---|---|---|
| 92 | 58 | 1 | MASTER DOCKET - MULTIPLE DEFENDANT CASE  PAGE ☐ OF ☐  [X] PROCEEDINGS DOCKET FOR SINGLE DEFENDANT |

NT NO. — 2

**VI EXCLUDABLE DELAY**

| Start Date / End Date | Ltr Code | Total Days |
|---|---|---|

**LETTER CODES**

For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1) (A)]

B NARA exam (18 USC 2902) [(1) (B)]
C State/Fed.l proceedings on other charges [(1) (D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 6a [(1)(G)]

G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]

R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance H(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]
T2 Case unusual or complex [(8)(P ]

T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more

**V. PROCEEDINGS**

(OPTIONAL) Show last names of defendants

1. INDICTMENT.   dp

2. PRAECIPE FOR WARRANT.   Warrant issued and handed U. S. Marshal.  dp

3. PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM for deft. on 4/20/92.

4. ORDER FOR WHCAP for deft. on 4/20/92.  Writ issued and handed U. S. Marshal.  dp

5. CTRM. MINUTES:  Initial App: & Arr:  Deft. advised of rights, charges and penalties.  Financial affidavit executed. Court ordered appointed counsel.  Bond set at $10,000 cash or surety.  If deft. is released on state charges, he may request a hearing to review bond.  Plea of N.G.  Trial: June 5, 1992 before Judge Hull; PTC: May 22, at 11:00 a.m. before Judge Murrian; motion cutoff: May 6; plea cutoff: May 29. Discovery to be made in 7 days.  Tape # 12.  dp

6. FINANCIAL AFFIDAVIT.   dp

7. REPORT OF PROCEEDINGS BEFORE U.S. MAGISTRATE.   dp

8. ORDER SETTING CONDITIONS OF RELEASE.   dp

9. NOTICE OF PRETRIAL CONFERENCE. C/M   dp

10. ORDER ON DISCOVERY AND SCHEDULING. C/M   dp

11. WARRANT FOR ARREST ret. executed on 4/20/92. dp

12. WHCAP retd. executed on 4/20/92.   dp

13. NOTICE OF GOVERNMENT'S INTENTION TO SEEK SENTENCE ENHANCEMENT. C/S dp

14. REQUEST TO ATTEND  PRETRIAL CONFERENCE by deft. C/S   dp

Request to attend pretrial conf. granted in margin.  Copy to U.S. Marshal and counsel.  dp

15. MOTION FOR IMPEACHMENT EVIDENCE AS TO ANY PERSON WHO MAY BE CALLED AS A WITNESS. C/S   dp

16. MOTION FOR WITNESS LIST. C/S   dp

17. MOTION TO STRIKE PRIOR CONVICTIONS. C/S dp

18. ORDER, USMJ MURRIAN, that govt. is directed to respond in writing to motion No. 17.  C/M dp

19. ORDER FOR WHCAP for deft. on May 22.  dp  Writ issued jand handed U. S. Marshal.

20. RESPONSE OF GOVT. IN OPPOSITION TO DEFT'S MOTIONS: FOR WITNESS List; FOR IMPEACHMENT EVIDENCE; AND TO STRIKE PRIOR CONVICTIONS. C/S  dp

21. **CTRM.MINS. PTC:**  All motions heard. Order will follow. Proposed jury instructions to be in 3 working days prior to trial. Ct. Rep. Vernon Thomason.  dp.

22. PETITION FOR WRIT OF   HABEAS CORPUS AD PROSEQUENDUM to bring deft to court on June 5, 1992.  rc

23. ORDER (USDJ JARVIS) that Clerk issue WHCAP.  c/m  rc

WHACP issued and delivered to Marshal for svc.  rc

Case 3:92-cr-00058    Document 43    Filed 03/13/09    Page 2 of 4    PageID #: 2

CONTINUED TO PAGE ☐

| DATE 1992 | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABL (a) | (b) |
|---|---|---|---|---|
| 6-1 | 24 | MEMORANDUM AND ORDER (USMJ MURRIAN) ORDERED that for the reasons set forth in this order, that any action on mtn #15 for impeachment evidence is hereby deferred pending the outcome of the criminal trial on the merits C/M ng | | |
| 6-1 | 25 | PRETRIAL ORDER (USMJ MURRIAN) assigning this action for trial w/jury before USDJ Hull on June 5, 1992. C/M ng | | |
| 6-5 | 26 | CTRM.MINS. CHANGE OF PLEA: Plea of Guilty to ct. 1; govt. to dismiss ct. 2 at sentencing. Referred for PSI. Judgment set for July 6, 1992 at 8:30 a.m. Ct. Rep. Karen Culbreth. | | |
| 6-5 | 27 | PLEA AGREEMENT filed and taken under advisement. dp | | |
| 6-5 | 28 | WHCAP retd. executed on 5-22-92. dp | | |
| 6-18 | 29 | WHCAP retd. executed for deft's appearance on 6/5/92. dp | | |
| 6-26 | 30 | OBJECTIONS TO PRESENTENCE REPORT (Deft) Turner C/S kj | | |
| 6-29 | 31 | RESPONSE TO PRESENTENCE REPORT-NO OBJECTIONS. (govt). C/S ng | | |
| 6-30 | 32 | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM to bring deft to court on 7-6-92. rc | | |
| 6-30 | 33 | ORDER (USMJ MURRIAN) that clerk issue WHCAP. C/M rc | | |
| 6-30 | | WHCAP issued and delivered to Marshal for svc. rc | | |
| 7-6 | 34 | CTRM.MINS. JUDGMENT: No objections to PSI by govt. Exhibits 1-4 filed by govt. Deft. objections to PSI DENIED. Range is correct. Motion for count 2 to be dismissed GRANTED. SENTENCE: 180 months followed by 5 yrs. supervised release. Special assmt. $50.00. Deft. be given credit for time served. O. B. 139, pg. 6. Ct. Rep. Karen Culbreth. dp | | |
| 7-8 | 35 | JUDGMENT ent. O. B. 139, pg. 27. C/M dp | | |
| 7-9 | 36 | WHCAP for deft. on 7/6/92 ret. executed. dp | | |
| 7-14 | 37 | **NOTICE OF APPEAL from judgment entered on 7/6/92.** dp | | |
| 7-20 | | Transmission form w/cert. copies of notice of appeal, copy of judgment and indictment along w/docket entries mailed to Court of Appeals and counsel of record. dp | | |
| 9-4 | 38 | TRANSCRIPT OF PROCEEDINGS before the Hon. Thomas G. Hull on July 6, 1992.kj | | |
| 9-29 | 39 | Judgment retd executed by delivering deft to FCI Ashland Ashland, KY on 9-17-92. rc | | |
| 1993 | | | | |
| 2-22 | | Certified record mailed to U.S. Court of Appeals, Cincinnati Ohio. dp | | |
| 10-15 | 40 | MANDATE from Court of Appeals AFFIRMING the Judgment of the District Court. C/S dp | | |
| 11-3 | 41 | RECORD RETURNED. dp | | |

Interval
(per Section II)

Start Date
End Date

| TE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| 5 | (Document No.) | (a) | (b) | (c) | (d) |
| 41 | MOTION UNDER 28 USC 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY (see Civil 3:95-219)kj | | | | |
| 42 | BRIEF IN SUPPORT OF 2255 MOTION TO VACATE by Petitioner.C/S kj (see Civil 3-95-219) | | | | |

Case 3:92-cr-00058   Document 43   Filed 03/13/09   Page 4 of 4   PageID #: 4

|  | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|